No. 11–9896. JONES *v.* LIBERTY BANK & TRUST CO. ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma*

*pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. 